JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel., )<br>DEAN D'ONOFRIO, )<br>     )<br>    Plaintiff, )<br>     )<br>  v. )<br>     )<br>MARRIOTT FOUNDATION FOR )<br>PEOPLE WITH DISABILITIES, )<br>     )<br>    Defendant. )<br>     ) | No. C 07-1255-PJH<br><br>**STIPULATION TO DISMISS; AND<br>[~~PROPOSED~~] ORDER** |

    The relator hereby dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a).

The defendant has not been served and has not answered.

    Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States consents to the

dismissal of this action, so long as the dismissal is without prejudice to the United States.

Dated:  May 1, 2008                                    /s/
                                            GAIL KILLEFER
                                            Attorney for Relator


Dated: May 1, 2008                          JOSEPH P. RUSSONIELLO
                                            United States Attorney


                                                   /s/
                                            EDWARD A. OLSEN
                                            Assistant United States Attorney


### [~~PROPOSED~~] ORDER

Pursuant to stipulation, this action is hereby dismissed without prejudice pursuant to Fed.

R. Civ. P. 41(a).


Date:    5/2/08

PHYLLIS J. _____ ____
                                                              Judge

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO DISMISS; AND [PROPOSED] ORDER
C-07-1255-PJH                                    2